THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOSEA TYLER**, <br><br> v. <br><br> **PENSKE TRUCK LEASING CO., L.P., et al.** | **CIVIL ACTION** <br><br> No. 24-5369 |

## ORDER

**AND NOW**, this 21st day of May, 2025, upon consideration of the Motion to Dismiss filed by Defendants and Plaintiff's response thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss (ECF 9) is **DENIED** on all counts.

2. Defendants shall file an answer within 20 days of this order.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**